**FILED**

**NOV 18 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | CRIMINAL NO. 20-CR-30160-DWD |
| Plaintiff,        ) | |
| vs.        ) | Title 18, United States Code, |
| ) | Sections 922(g)(1) and 924(a)(2) and (d)(1) |
| BENNY E. DAVIS,        ) | |
| ) | and |
| Defendant.        ) | |
| ) | Title 28, United States Code, |
| ) | Section 2461(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION OF A FIREARM BY A FELON**

On or about July 22, 2020, in Madison County, Illinois, within the Southern District of Illinois,

**BENNY E. DAVIS,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess two firearms, being a Smith & Wesson .380 caliber MP Shield pistol, serial number RCD4169 and an AM-15 .556 caliber semiautomatic rifle, serial number 15177437; said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

### FORFEITURE OF FIREARMS

Upon conviction for the offenses charged in Count 1, defendant, **BENNY E. DAVIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines and ammunition involved or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited to the following: a Smith & Wesson .380 caliber MP Shield pistol, serial number RCD4169 and an AM-15 .556 caliber semiautomatic rifle, serial number 15177437, and any other ammunition seized with or contained within the listed firearms.

A TRUE BILL

FOREPERSON

CHRISTOPHER R. HOELL
Assistant United States Attorney

Ali Summers for
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention