IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-CR-30160-DWD |
| vs. ) | |
| ) | |
| BENNY E. DAVIS, ) | |
| ) | |
| Defendant. ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

**DUGAN, District Judge:**

On November 18, 2022, an Indictment was brought against Defendant Benny E. Davis charging him with unlawful possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). As part of the Indictment, the Government sought forfeiture of "all firearms, magazines and ammunition involved or used" in the offense, including, but not limited to, an "AM-15 .556 caliber semiautomatic rifle" with a serial number of "15177437" (Doc. 1). On March 3, 2022, the Court entered a preliminary order of forfeiture that included the AM-15 .556 caliber semiautomatic rifle, with serial number "15177437." (Doc. 47).[1] The preliminary order of forfeiture was made final at the sentencing in this matter on March 7, 2022, and the Court ordered at that time that "[t]he defendant shall forfeit the defendant's interest in the … **One AM-15 .556 caliber semiautomatic rifle, serial number 15177437**" to the Untied States (Doc. 51).

Now before the Court is the Government's Motion for Entry of an Amended

---

[1] The rifle's serial number was also identified as "15177437" in the parties' Stipulation of Facts (Doc. 37) and the Plea Agreement (Doc. 35), both of which were filed with the Court on November 9, 2021.

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b) (Doc. 57). The Government seeks to correct a purported scrivener error in the AM-15 .556 caliber semiautomatic rifle's serial number and asks for the entry of an amended preliminary order of forfeiture for "**One AM-15 .556 caliber semiautomatic rifle, serial number ~~15177437~~ 15177937**."

Criminal forfeiture is governed by the provisions of Fed. R. Crim. P. 32.2. Rule 32.2(a)-(c) provides the process by which notice is provided and a preliminary and final order of forfeiture are entered. Those provisions are not applicable here, where Defendant has already been sentenced. Rather, the Court proceeds under Rule 32.2(e), which provides that "[o]n the government's motion, the court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include property that … is subject to forfeiture under an existing order of forfeiture but was located and identified after the order was entered."

Here, the property subject to forfeiture is the "AM-15 .556 caliber semiautomatic rifle." The same rifle was the subject of the original order of forfeiture; however, the rifle was not properly identified. Because the rifle is property subject to forfeiture under the Court's prior forfeiture order, the Court **GRANTS** the Government's Motion (Doc. 57), and hereby **AMENDS** the Preliminary Order of Forfeiture (Doc. 47) as follows:

The Court **FINDS forfeitable and ORDERS forfeited** the following property:

1. One Smith & Wesson .380 caliber MP Shield pistol, serial number RCD4169,
2. One AM-15 .556 caliber semiautomatic rifle, serial number 15177937, and
3. Any and all ammunition seized with or contained within the listed firearms.

All other provisions of the Preliminary Order of Forfeiture (Doc. 47) dated March

3, 2022, shall remain in full force and effect.

**SO ORDERED**.

Dated: May 24, 2022

_____
DAVID W. DUGAN
United States District Judge