IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 20-cr-30160-DWD |
| BENNY E. DAVIS, | ) ) ) |
| Defendant. | ) |

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

**DUGAN, District Judge:**

On May 25, 2022, this Court entered a preliminary order of forfeiture (Doc. 58) against Defendant Benny E. Davis for the following property:

1. **One Smith & Wesson .380 caliber MP Shield pistol, serial number RCD4169,**
2. **One AM-15 .556 caliber semiautomatic rifle, serial number 15177937, and**
3. **Any and all ammunition seized with or contained within the listed firearms.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The United States has provided a sworn declaration that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days, beginning on May 27, 2022, and ending on June 25, 2022 (Doc. 59-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property pursuant to 21 U.S.C. § 853(n).

Consequently, the Court hereby **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is subject of the order of forfeiture (Doc. 58) filed on May 25, 2022, namely:

1. **One Smith & Wesson .380 caliber MP Shield pistol, serial number RCD4169,**
2. **One AM-15 .556 caliber semiautomatic rifle, serial number 15177937, and**
3. **Any and all ammunition seized with or contained within the listed firearms.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited property according to law.

**SO ORDERED.**

Dated: August 1, 2022

_____
DAVID W. DUGAN
United States District Judge